**GRANT F. LANGLEY**
City Attorney

**VINCENT D. MOSCHELLA**
**MIRIAM R. HORWITZ**
**ADAM B. STEPHENS**
**MARY L. SCHANNING**
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

STUART S. MUKAMAL
THOMAS J. BEAMISH
MAURITA F. HOUREN
JOHN J. HEINEN
SUSAN E. LAPPEN
JAN A. SMOKOWICZ
PATRICIA A. FRICKER
HEIDI WICK SPOERL
KURT A. BEHLING
GREGG C. HAGOPIAN
ELLEN H. TANGEN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
JARELY M. RUIZ
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
NICHOLAS P. DESIATO
JOANNA GIBELEV
JENNY YUAN
KAIL J. DECKER
ALLISON N. FLANAGAN
LA KEISHA W. BUTLER
PATRICK J. LEIGL
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
CALVIN V. FERMIN
BENJAMIN J. ROOVERS
Assistant City Attorneys

May 4, 2016

Hon. Pamela Pepper
U.S. District Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Mukes v. City of Milwaukee, et al.*
            Case No. 13-C-1268-PP

Dear Judge Pepper:

I write to request that the May 5, 2016 status conference currently scheduled in the above-referenced matter be removed from the court's calendar in light of the joint motion for dismissal that was filed today. Thank you for your kind attention to this matter.

Very truly yours,

s/ Miriam R. Horwitz

MIRIAM R. HORWITZ
Deputy City Attorney

MRH:lmb
1032-2013-2857:228070